```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

------------------------------X
UNITED STATES OF AMERICA

                                    Docket: 2:17-4029

v.

ANDRES DOMINGUEZ,
                                       O R D E R
         Defendant.
------------------------------X
```

On consent of the parties, Defendant Andres Dominguez shall be evaluated by U.S. Pretrial Services for the purpose of setting bail. The cost of said evaluation shall be advanced by Pretrial Services; the final report shall be submitted to the Court for *in camera review*.

SO ORDERED: s/James B. Clark
            _____
            JAMES B. CLARK, U.S.M

Dated: 1/19/17